RECEIVED

NOV - 9 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____kee_____

# UNITED STATES DISTRICT COURT
___Western___ DISTRICT OF LOUISIANA
_____ Division

Clarence Thomas   11/3/2015
**Petitioner's Name, Prisoner Number**

07- CRS -96236
**State Court Docket Number**

15-cv- 2668   Sec. P.
**Civil Action Number**

VS.

State of Louisiana
**Respondent** (person having custody of petitioner)

Judge _____

Magistrate Judge _____

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

1. The name and address of your present place of confinement: Riverbend Detention Center - 9450 Hwy. 65 South - Lake Providence, Louisiana - 71254

2. Are you presently in custody pursuant to the conviction(s) or sentence that you seek to challenge here?
   Yes ✓   No ____

3. With regard to the conviction(s) or sentence you are attacking state:
   a. The name, address, and parish of the court entering the judgment of conviction: 22nd Judicial District - Washington Parish - 905 Pearl Street - Franklinton, Louisiana - 70438
   b. The date of judgment of conviction: May 18, 2011
   c. The length of your sentence: 20 years - hard Labor - Without benefit
   d. The nature of each offense you were convicted of: Forcible rape and Molestation of a Juvenile
   e. Whether you were convicted of each offense following a plea of:
      i. Not guilty ____
      ii. Guilty ✓
      iii. Nolo contendere ____
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____

f.  If you pleaded not guilty, what kind of trial did you have? (check one)
   i.   Jury _____
   ii.  Judge only _____
g.  Did you testify at trial?
   Yes ____  No ____

4.  **Statute of Limitations**

28 U.S.C. § 2244(d) establishes a 1 year statute of limitations for an application for a writ of habeas corpus. Is this application barred by this 1-year period of limitation? YES ____ NO ✓
If not, state why not? The state of Louisiana - Supreme Court
Final Judgement - Oct 20 2015
                                Denied with no Reason
                                            Why

5.  **Grounds for Present Petition**

State _concisely_ each and every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach pages stating additional grounds and facts supporting same.

WARNING: Absent exceptional circumstances, if you fail to set forth all grounds in this petition, you will be barred from presenting additional grounds at a later date. _See_ 28 U.S.C. § 2244.

a.  Ground one: Title XXI. Insanity Proceeding Mental Incapacity to Proceeding - Defense of Insanity - Progress reports - Articles - 641-650-661
Supporting FACTS (state briefly without citing cases or law) Mr. Thomas has a history of Mental disorder/defect from Childhood - Mr. Thomas was not appointed Counsel to represent him at the Sanity {See attached documents} Evaluation - Application for hearing to determine defendant's Mental Condition was not file until after the Sanity Commission Report

b.  Ground two: Their was no identification of the particular evidence for which DNA testing was sought
Supporting FACTS (state briefly without citing cases or law) By legistation or jurisprudence - if their is articulable

3

doubt based on competent evidence- whether or not introduced at trial, as to the guilt of the petitioner and there is a reasonable likelihood that the requesting DNA testing will resolve the doubt and establish the innocence of the petitioner

*See Motion file with the state courts*

c. Ground three: Ineffective assistant of counsel - Failing to assign an investigator to Mr. Thomas case

Supporting FACTS (state briefly without citing cases or law) The record will show that Mr. Thomas had a mental disorder he was also incarcerated during this whole ordeal not being able to interview witnesses and call witnesses - an investigator would have been a great help - in the the interest of fairness and justice - to having a fair trial

d. Ground four: Or intellectual plea - on post-conviction relief Mr. Thomas had no counsel After sentencing, Mr. Thomas was denied access to the Court.

*Only "Next Friend"*

Supporting FACTS (state briefly without citing cases or law) Access to Courts is constitutional right, grounded in First Amendment. Prisoners have a fundamental constitutional right of access to the courts, and must be provided with adequate law libraries or adequate assistance from persons trained in the law. The institution of his incarceration, this constitutional was violated and in turn prejudice petitioner in making an effective claims and getting necessary documents to support his claims.

6. **Direct Appeals**

   a. Did you file a direct appeal from your judgment of conviction or sentence?
   Yes ✓   No ___

   b. If you did file a direct appeal, for you initial appeal, answer the following:

   i. The name and address of the court where you first appealed:
   Court of Appeal, First Circuit - P.O. Box 4408 - Baton Rouge, La. 70821

   ii. The result of this appeal.
   Writ denied - see State ex rel Brown V. Brown V. State, 2003-2568-(La. 3-26-04, 870 So. 2d. 976

   iii. The date of the decision. Dec 09, 2013

4

iv. The citation and/or docket number of the decision (if known).
_Supervisory Writ - No. 2013 KW 1490_ v. The grounds raised in your present habeas petition that were raised in this direct appeal.
_DNA Testing - (evidence) - Mental Competency (Sanity Commission) lack of legal Counsel, Grand jury Transcripts ...etc_

c. If you sought review of your appeal by a higher court, answer the following:

i. The name and address of the court where you next applied for review:
_Louisiana Supreme Court - 400 Royal Street, Suite 4200 - New Orleans, La. 70130_

ii. The result of this appeal.
_Denied - No reason given_

iii. The date of the decision. _Oct 2015_

iv. The citation and/or docket number of the decision (if known).
_Writ of Certiorari - Re: 2014-KH-2173_

v. The grounds raised in your present habeas petition that were raised in this earlier application for review:
_Lack of legal counsel; Appeal rights; DNA evidence, Sanity competency_

d. If you filed a petition for certiorari in the U.S. Supreme Court, please answer the following with respect to each such petition:

i. The result. _none_

ii. The date of the result. _____

iii. The citation and/or docket number (if known). _____

iv. The grounds raised in your present habeas petition that were raised in this earlier appeal.
_none_

7. **Post-Conviction or other Collateral Review**

a. Other than the direct appeals described above, have you previously filed any petitions, applications, or motions with respect to your judgment of conviction or sentence in the state court?
Yes _✓_   No _____

5

b. If so, give the following information with regard to the first petition, application, or motion you filed:
 i. The name and address of the court. Writ of Certiorari Same as on the page (5)
 ii. The nature of the proceeding. That Writ was just denied
 iii. The date it was filed. 10-20-14
 iv. The grounds raised in your present habeas petition that were raised. None
 v. Did you receive an evidentiary hearing? Yes _____ No ✓
 vi. The result. 
 vii. Did you appeal or file an application for review to higher state courts having jurisdiction? Yes ✓ No _____
 viii. If not, briefly explain why you did not.
 ix. If so, name the court(s) to which you applied, the date of the final result in each court, and the result in each court: Louisiana Court of Appeal and Supreme Court each one denied

c. If you filed a second petition, application, or motion, give the following information with regard to that filing:
 i. The name and address of the court. Now to this Court
 ii. The nature of the proceeding.
 iii. The date it was filed.
 iv. The grounds raised in your present habeas petition that were raised. Same as above Appeals in the States Courts

6

    v.      Did you receive an evidentiary hearing? Yes _____ No __✓__

    vi.     The result. _____

    vii.    Did you appeal or file an application for review to higher state courts having jurisdiction? Yes __✓__ No _____

    viii.   If not, briefly explain why you did not. _The Court did Order one - Louisiana Appellate Project No longer represent indigent defendant - that pled guilty_

    ix.    If so, name the court(s) to which you applied, the date of the final result in each court, and the result in each court: _First Circuit (Denied) - Louisiana Supreme Court (Denied) -_

## 8. Exhaustion of State Remedies

Generally, any ground that you seek to present here must have first been presented to the state courts. See 28 U.S.C. § 2254(b). Attach copies of previous petitions, applications, or motions filed with the state courts where you presented each of the grounds listed in Part 5. If any of the grounds listed in Part 5 above have not been previously presented to the highest state court that has the power to consider it, state briefly what grounds were not so presented, and give your reasons for not presenting them:

## 9. Prior Federal Habeas Petitions

    a.    Have you filed any other petition in any federal court where you sought to attack the same conviction(s) or sentence you are challenging here? Yes _____ No __✓__

    b.    If so, give the following information:

        i.    The name and address of the court where it was filed. _none_

        ii.   The docket number. _none_

        iii.  The grounds raised. _____

10. **Other Pending Actions**

   a. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment you are attempting to attack here? Yes _____ No ✓

   b. If so, please give the following information:

   i. The name and address of the court. _____none_____

   ii. The docket number of the action. _____none_____

   iii. The nature of the proceeding. _____none_____

11. **Attorneys Representing Petitioner**

   Give the name and address of each attorney who represented you in the following stages of the judgment attacked herein:

   a. At the preliminary hearing. William R. Alford, Jr. (#2384) J. Kevin McNary (#10623)

   b. At the arraignment and plea. William R. Alford J. Kevin McNary

   c. At trial. Uncertain - No transcript of plea or Sentencing - the application for hearing - (Defendant's Mental Condition) - filed by Pamela Hershey

   d. At sentencing. Uncertain

   e. On appeal. Pro Se

   f. In any post-conviction proceeding. Pro Se

   g. On appeal from any adverse ruling in a post-conviction proceeding. _____none_____

12. **Other Sentences**

   a. Where you sentenced for more than one offense in the same court and at the same time? Yes ✓  No _____

   b. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes _____ No ✓

   i. If so, give the name and location of the court which imposed the sentence to be served in the future. _____

8

ii. Give the date and length of the said sentence. _none_

iii. Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes _____ No ✓

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_Pro Se_
Signature of Attorney (if any)

_Clarence Thomas_
Signature of Petitioner

e. Ground Five: Art. 727. Notice of alibi, defendant shall shall serve within ten days, or at such different time as the court may direct, upon the district Attorney a written notice by intention to offer a defense of alibi.

Supporting Facts: Mr. Thomas stated to his state appointed counsel, that his grandmother could confirm, that at the time of the alleged offense he was at her house, but before trial, she had decease. By not assigning an investigator to his case, which under the Code of Criminal procedure, he should have, being incarcerate and indigent it was impossible to get a written statement/Affidavit. Their was also another suspect in this allege offense, but he left town, which was a member of the victim family. The state, nor the law enforcement, put any type of warrant for his arrest for questioning in this matter. Which cause great injury to Mr. Thomas and miscarriage of justice. In DNA testing was done it would have confirm petitioner was not the person that committed this offense.