RECEIVED
NOV - 9 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: kee

**§ 28-19 Model form for use in application for habeas corpus under 28 U. S. C. Section 2254**

Name Clarence Thomas

Prison number 491266

Place of confinement River bend Detention Center

United States District Court

Western District of Shreveport, La.

Case No. 07-CRS-96236

(To be supplied by Clerk of U. S. District Court)

Clarence Thomas, PETITIONER

(Full name)

vs.

State of Louisiana, RESPONDENT

(Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner)
and
THE ATTORNEY GENERAL OF THE STATE
OF _____ , ADDITIONAL RESPONDENT.

(If petitioner is attaching a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U. S. C. Section 2255 in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Instructions -- Read Carefully

(1) This petition must be legibly handwritten or typewritten, signed by the petitioner and sworn to before a notary public or institutional officer authorized to administer an oath. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

1

(3) Upon receipt of a fee of $5, your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $_____, you must pay the filing fee as required by the rule of the district court.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking from any judgment of conviction.

(7) When the petition is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court whose address is _____.

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

JUDICIAL REVIEW
PETITION

1. Name and location of court which entered the judgment of conviction under attack: _____. Court of Appeal/Supreme Courts of Louisiana

2. Date of judgment of conviction: 5/18/2011

3. Length of sentence: 20 yrs.

4. Nature of offense involved (all counts): Forcible Rape/Molestation of a Juvenile

5. What was your plea? (Check one)

(a) Not guilty [ ]

(b) Guilty [X]

(c) Nolo contendere [ ]

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____.

6. Kind of trial: (Check one)

2

(a) Jury [ ]

(b) Judge only [✓]

7. Did you testify at the trial? Yes [ ] No [✓]

8. Did you appeal from the judgment of conviction? Yes [✓] No [ ]

9. If you did appeal, answer the following:

(a) Name of court: First Circuit

(b) Result: Denied.

(c) Date of result: 12-9-13

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes [✓] No [ ]

11. If your answer to 10 was "Yes," give the following information:

(a)(1) Name of court: Louisiana Supreme Court

(2) Nature of proceeding: 3 panel Judges

(3) Grounds raised: See application

(4) Did you receive an evidentiary hearing on your petition, application or motion? Yes [ ] No [✓]

(5) Result: _____.

(6) Date of result: _____.

(b) As to any second petition, application or motion give the same information:

(1) Name of court: _____.

(2) Nature of proceeding: _____.

(3) Grounds raised: _____.

(4) Did you receive an evidentiary hearing on your petition, application or motion? Yes [ ] No [✓]

(5) Result: _____.

3

(6) Date of result: _____ .

(c) As to any third petition, application or motion give the same information:

(1) Name of court: _____ .

(2) Nature of proceeding: _____ .

(3) Grounds raised: _____ .

(4) Did you receive an evidentiary hearing on your petition, application or motion? Yes [ ] No [✓]

(5) Result: _____ .

(6) Date of result: _____ .

(d) Did you appeal to the highest state court having jurisdiction as the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes [✓] No [ ]

(2) Second petition, etc. Yes [ ] No [ ]

(3) Third petition, etc. Yes [ ] No [ ]

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why did you not: _____ .

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

Caution: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, your should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

4

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: _____ .

Supporting FACTS (tell your story briefly without citing cases or law): _____ .

B. Ground two: _____ .

Supporting FACTS (tell your story briefly without citing cases or law): _____ .

C. Ground three: _____ .

Supporting FACTS (tell your story briefly without citing cases or law): _____ .

D. Ground four: _____ .

Supporting FACTS (tell your story briefly without citing cases or law): _____ .

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____ .

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes [ ] No [X]

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein: N/a

5

(a) At preliminary hearing: _____ .

(b) At arraignment and plea: _____ .

(c) At trial: _____ .

(d) At sentencing: _____ .

(e) On appeal: _____ .

(f) In any post-conviction proceeding: _____ .

(g) On appeal from any adverse ruling in a post-conviction proceeding: __NO__ .

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes [✓] No [ ]

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes [ ] No [✓]

(a) If so, give name and location of court which imposed sentence to be served in the future: __none__.

(b) Give date and length of sentence to be served in the future: __none__

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes [ ] No [✓]

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

Executed at __NOV__ on __3__, __2015__.

__Pro-Se_____    __Clarence thomas_____
Signature of Attorney (if any)          Signature of Petitioner

IN FORMA PAUPERIS AFFIDAVIT

_____
[Insert appropriate court]

__U.S. District Court (Western District)__  AFFIDAVIT IN SUPPORT

6